# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeremy M. Alston**　　　　　　　　　　　**Docket No. 5:24-MJ-2169-1**

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Cornelius Jordan Hagins, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Jeremy M. Alston, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the court at Raleigh, on the 4th day of October, 2024.

On February 20, 2025, a warrant was issued for the defendant due to committing the following offenses in Cumberland County, North Carolina on January 20, 2025: Felony Serious Injury by Vehicle, Driving While Impaired, Reckless Driving Wanton Disregard, Open Container After Consuming Alcohol 1st, Speeding, Failure to Wear Seatbelt- Driver, and Drive Left of Center. On the date of this incident, the defendant's Blood Alcohol Concentration (BAC) was determined to be a .26. The defendant was arrested on this warrant on February 21, 2025. The defendant's charges for this matter remain pending.

On February 26, 2025, the defendant appeared before the Honorable Kimberly A. Swank in Fayetteville, North Carolina for an initial appearance regarding the revocation of his pretrial release. The defendant was released from custody, and his conditions were amended to include home incarceration through electronic monitoring and remote alcohol monitoring.

On March 19, 2025, the defendant appeared before the court for a bond review hearing and was continued on pretrial release under the conditions previously imposed.

On May 21, 2025, the defendant's conditions of release were amended to remove home incarceration in lieu of home detention.

On June 26, 2025, a Petition for Action was submitted to the court due to the defendant submitting a positive alcohol test of .075. When confronted, the defendant initially denied this alcohol use but later admitted to drinking four tall cans of Bud Light and six shots of Crown Royal on June 23, 2025. The defendant signed an admission form for this alcohol use. It was recommended that a bond hearing be scheduled to determine if the defendant violated the conditions of his release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 15, 2025, this officer discovered the defendant had violated the terms of his home detention by showing up at his ex-girlfriend's child's daycare without permission. When confronted, the defendant admitted he was at this location without permission. The defendant was given a verbal reprimand by this officer and advised to ensure he complies with the conditions of home detention moving forward. On July 16, 2025, the defendant's ex-girlfriend filed a protection order against him, and he was served with this order on this date. The defendant was advised by this officer to ensure that he refrains from all direct or indirect contact with his ex-girlfriend.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing still be held to determine if the defendant has violated the conditions of his release. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

/s/ C. Jordan Hagins
C. Jordan Hagins
U.S. Probation Officer
150 Rowan Street, Suite 110
Fayetteville, NC 28301
Phone: 910-354-2533
Executed On: July 17, 2025

## ORDER OF THE COURT

Considered and ordered the ___21st___ day of _____July_____, 2025, and ordered filed and made part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge